NORMAN WOLF and Another, Appellants, v. AMERICAN TELEPHONE & TELEGRAPH COMPANY and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HARRIS PERRY, as Administrator, etc., of BETTY PERRY, Deceased, Respondent, v. FINLAY REALTY Co., INC., and PIERCE J. POWERS, Appellants, Impleaded with Another, Defendant.— Order unanimously reversed, with costs and disbursements, and verdict reinstated. There is sufficient evidence in the record to sustain the finding of the jury that there was no negligence on the part of the appellants. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

EUGENE L. BONDY and Others, Respondents, v. MILLARD E. THEODORE and ALFRED J. SHILLITANI, Appellants, Impleaded with Others, Defendants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse.

GLADYS HOWARD BASS, Respondent, v. VICTOR H. PEARL, Appellant, Impleaded with Another, Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,692.15; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of AMERICAN NATIONAL HOCKEY CLUB, INC., for an Order Vacating a Subpoena Duces Tecum Served on JOHN C. BANSER, Its Vice-president and Secretary, in an Action Pending in the Within Court Entitled " BERNEICE CASSINO, as Administratrix, etc., of ANTHONY CASSINO, Plaintiff, against WILLIAM V. DWYER, Defendant." AMERICAN NATIONAL HOCKEY CLUB, INC., Appellant; BERNEICE CASSINO, as Administratrix, etc., of ANTHONY CASSINO, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion to vacate the subpoena *duces tecum* granted without prejudice to the issuance of a subpoena *duces tecum* on behalf of plaintiff directed to appellant, but limited to papers, books and records in appellant's possession or control relating (a) to the stock or assets of the New York Hockey Club, Inc., and (b) to any agreements or memoranda of agreements between New York Hockey Club, Inc., and William V. Dwyer or appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.